```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 20827
    LEOCADIO D SERRANO
    RUSSELLI R SERRANO                       CHAPTER 13

                                             JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-1844     SSN XXX-XX-6065


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/08/08 .

    2.  The case was dismissed without confirmation, 12/05/2008.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
------------------------------------------------------------------------------
OCWEN LOAN SVCG            CURRENT MORTG          .00            .00           .00
OCWEN LOAN SVCG            MORTGAGE ARRE    NOT FILED            .00           .00
AMERICAN AIRLINES EMP FE   UNSECURED        NOT FILED            .00           .00
AMERICAN AIRLINES EMP FE   UNSECURED        NOT FILED            .00           .00
APPLIED CARD BANK          UNSECURED        NOT FILED            .00           .00
CAPITAL ONE BANK           UNSECURED        NOT FILED            .00           .00
CAPITAL ONE BANK           UNSECURED        NOT FILED            .00           .00
CAPITAL ONE BANK           UNSECURED        NOT FILED            .00           .00
CCA                        UNSECURED        NOT FILED            .00           .00
CERTIFIED SERVICES INC     UNSECURED        NOT FILED            .00           .00
CHASE MANHATTAN BANK USA   UNSECURED        NOT FILED            .00           .00
GEMB                       UNSECURED        NOT FILED            .00           .00
GEMB                       UNSECURED        NOT FILED            .00           .00
GREAT AMERICAN FINANCE     UNSECURED        NOT FILED            .00           .00
HSBC                       UNSECURED        NOT FILED            .00           .00
HSBC                       UNSECURED        NOT FILED            .00           .00
ILLINOIS COLLECTION SERV   UNSECURED        NOT FILED            .00           .00
ILLINOIS COLLECTION SERV   UNSECURED        NOT FILED            .00           .00
ILLINOIS COLLECTION SERV   UNSECURED        NOT FILED            .00           .00
JC PENNEY CO               UNSECURED        NOT FILED            .00           .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID

JC PENNEY CO               UNSECURED        NOT FILED            .00           .00
LOWES                      UNSECURED        NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        NOT FILED            .00           .00
WASHINGTON MUTUAL CARD S   UNSECURED        NOT FILED            .00           .00
NICOR GAS                  UNSECURED        NOT FILED            .00           .00
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00          .00           .00
PRINCIPAL PAID          .00          .00          .00          .00           .00
```

```
INTEREST PAID                       .00           .00         .00         .00         .00
TOTAL PAID                          .00           .00         .00         .00         .00
```

The Debtor's attorney, CHANG & CARLIN              , was allowed $   3500.00
and was paid $     455.00   direct and $         .00   through the plan.

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 03/13/09                     /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE